# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 13, 2015

### NO. 03-15-00301-CR

**Ex parte Jose C. Loredo**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order signed by the county court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the county court's order. Therefore, the Court affirms the county court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.